**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NORCOM 2000, INC.**

      **Plaintiff/Counterclaim Defendant,**

**v.**

**AMERICAN TELEPHONE &
TELEGRAPH CORPORATION,**

      **Defendant/Counterclaim Plaintiff.**        **Case No. 05-cv-92-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

      Plaintiff has filed a Motion to Re-Open Discovery and Amend Scheduling Order (Doc. 53), which has gone unopposed by Defendant. In the instant Motion, Plaintiff requests leave to re-depose Defendant's corporate representatives Carol Brooks and Sharon Santino, as well as Defendant's billing specialist Pamela Sandford and account representative Phil Howard (*Id*. at ¶ 1). This request is made subsequent to Plaintiff's discovery of alleged billing mistakes made by Defendant regarding Plaintiff's account, which apparently occurred after Plaintiff had initially taken the depositions of the aforementioned individuals (*Id*. at ¶¶ 3-5). Plaintiff believes further discovery is necessary in attempts to obtain information which could support Plaintiff's claim that Defendant materially breached the contract at issue in this case (*Id*. at ¶ 6).

In light of the late disclosure of these billing records to Plaintiff, the Court feels that Plaintiff's request is justified and therefore **GRANTS** Plaintiff's Motion (Doc. 53) as follows:

(1)   Plaintiff is allowed sixty (60) days from the date of this Order (or by November 10, 2006) to take the requested depositions;

(2)   Plaintiff shall file a status memorandum with the Court no later than October 9, 2006, listing the scheduled dates for each deposition it has been authorized and has elected to take;

(3)   The dispositive motions filing deadline is extended to twenty (20) days after the last deposition, as listed in Plaintiff's status memorandum; and

(4)   In the event Plaintiff is unable to schedule all of the depositions by October 9, 2006, it shall file a status memorandum with the Court explaining why it has been unable to do so, and asking for an extension of time, if necessary.  Plaintiff should also do the same if it is unable to conduct all of the depositions by November 10, 2006.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2006.

/s/        David  RHerndon
**United States District Judge**

Page 2 of 2