IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NORCOM 2000, INC.,**

    **Plaintiff,**

    **vs.**                                             Cause No.  05-CV-92 DRH

**AMERICAN TELEPHONE &**
**TELEGRAPH CORPORATION,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                    **NORBERT G. JAWORSKI, CLERK**

January 16, 2007                            By:   s/Patricia Brown
                                                                    Deputy Clerk

APPROVED: /s/        David   RHerndon
                 **U.S. DISTRICT JUDGE**